[No. 30278-1-II. Division Two. May 4, 2004.]

*In the Matter of the Marriage of* CHARLES L. WILSON, *Respondent,* and BEVERLY S. WILSON, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 02-3-00359-6, Jill Johanson, J., entered April 18, 2003. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Quinn-Brintnall, C.J., and Morgan, J.

[No. 30496-1-II. Division Two. May 4, 2004.]

THE STATE OF WASHINGTON, *Respondent,* v. MATTHEW RYAN HASTINGS, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 00-1-01609-3, Robert L. Harris, J., entered June 6, 2003. *Reversed* by unpublished opinion per Morgan, J., concurred in by Quinn-Brintnall, C.J., and Houghton, J.

[No. 30554-2-II. Division Two. May 4, 2004.]

THE STATE OF WASHINGTON, *Respondent,* v. JUSTIN ARTHUR THOMPSON, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 93-1-00598-1, Kitty-Ann van Doorninck, J., entered June 26, 2003. *Reversed* by unpublished opinion per Hunt, J., concurred in by Armstrong, J., and Seinfeld, J. Pro Tem.

[No. 21771-0-III. Division Three. May 6, 2004.]

BEVERLY A. NEALY, ET AL., *Appellants,* v. SAFEWAY STORES, INC., *Respondent.*

Appeal from a judgment of the Superior Court for Yakima County, No. 02-2-00096-6, Robert N. Hackett, Jr., J., entered January 17, 2003. *Reversed* by unpublished opinion per Kurtz, J., concurred in by Kato, C.J., and Schultheis, J.